**STATE of Missouri, Respondent,**

v.

**Dennis Lee ELLIS, Appellant.**

**No. WD 42976.**

Missouri Court of Appeals, Western District.

Aug. 6, 1991.

Raymond L. Legg, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and TURNAGE and ULRICH, JJ.

### ORDER

PER CURIAM:

Dennis Lee Ellis appeals his conviction for distribution and delivery of cocaine, a Schedule II controlled substance, § 195.-017.4(1)(d), RSMo 1986, in violation of

§ 195.020, and sentence of 12 years imprisonment as a prior offender.

Judgment affirmed. Rule 84.16(b).